UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY T. TROOST, an individual, doing business as T & T CATTLE and T & T CATTLE PEARL, and MARK A. MOURTON, an individual,<br><br>　　　　　　Defendants. | Case No. 1:13-cv-00373-BLW<br><br>**JUDGMENT** |

　　In accordance with the Consent Decree of Permanent Injunction (Dkt. 3), filed on August 28, 2013,

　　NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY.



DATED: September 3, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**