Preston N. Carter (ISB #8462)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
prestoncarter@givenspursley.com
14653112_1.docx [14645.2]

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-cv-00373-BLW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| GREGORY T. TROOST, an individual, doing business as T & T CATTLE and T & T CATTLE PEARL, and MARK A. MOURTON, an individual, | |
| Defendants. | |

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Preston N. Carter of Givens Pursley LLP, enters his appearance on behalf of Defendants Gregory T. Troost, T & T Cattle, and T & T Cattle Pearl.[1] Request is also made that notice of all future pleadings, correspondence, and/or other documents relating to this matter be given to the undersigned counsel by ECF service or mailing such to counsel at Givens Pursley LLP, 601 W.

---

[1] Mark A. Mourton, a Defendant in the case, is no longer employed by T & T Cattle or T & T Cattle Pearl.

**NOTICE OF APPEARANCE - 1**

Bannock Street, Boise, Idaho 83701.

DATED: July 12, 2019.

                GIVENS PURSLEY LLP

                */s/ Preston N. Carter*
                Preston N. Carter
                *Attorneys for Defendants*

**NOTICE OF APPEARANCE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 12th day of July, 2019, I filed the foregoing document electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic filing:

| | |
|---|---|
| Christopher Eric Parisi<br>Department of Justice - Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044-0386 | ☐ US Mail<br>☐ Fax<br>☐ Overnight<br>☒ CM/ECF (Christopher.E.Parisi@usdoj.gov) |
| Syrena Case Hargrove<br>U.S. Attorney's Office<br>800 E. Park Blvd., Suite 600 Plaza 4<br>Boise, Idaho 83712 | ☐ US Mail<br>☐ Fax<br>☐ Overnight<br>☒ CM/ECF (Syrena.Hargrove@usdoj.gov) |

*/s/ Preston N. Carter*
Preston N. Carter

**NOTICE OF APPEARANCE - 3**